UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

------------------------------------------------------------
In re

                                                       BKY 16-31678-WJF

Thomas S. Swager, and
Nancy K. Swager                                Chapter 13

      Debtors.

-----------------------------------------------------------

**NOTICE OF HEARING TO APPROVE MODIFIED PLAN**

      To:    The United States Trustee, Gregory A. Burrell, Ch. 13 Trustee and other entities specified in Local Rule 9013-3:

      1.    The debtors, by their attorney, Michael Sheridan, moves the court for approval of the Modified Plan dated July 26, 2016.

      2.    The Court will hold a hearing on this Motion on August 25, 2016 at 10:30 AM in Courtroom 2B, 316 N Robert St, St. Paul, MN 55101 or as soon thereafter as counsel may be heard.

      3.    Any response to this Motion must be filed and served not later than August 19, 2016, which is five days before the time set for the hearing (including Saturdays, Sundays and holidays) UNLESS A RESPONSE OPPOSING THE MOTION IS TIMELY FILED, THE COURT MAY GRANT THE MOTION WITHOUT HEARING.

      4.    This Court has jurisdiction under 28 U.S.C. § § 157 and 1334, Fed.R.Bankr.P. 5005 and Local Rule 1070-1. This proceeding is a core proceeding. The petition commencing this Chapter 13 was filed May 20, 2016. The case is now pending in this court.

      5.    The debtors are requesting that paragraph 1 of the plan be modified to change the monthly payment as follows: 2 payments of $1,809.00 followed by 49 payments of $1,812.00 followed by 9 payments of $2,237.00.

      6.    The debtors also are requesting that paragraph 6 of the plan be modified to

cure the pre-petition arrears of the Bank of America, second mortgage on debtors' homestead in the amount of $2,720.13.

Dated: August 1, 2016                      Respectfully submitted,

                                                ATLAS LAW FIRM, LLC

                                                By: /e/ Michael J. Sheridan
                                                Michael J. Sheridan (#0388936)
                                                Attorney for Debtors
                                                7900 International Drive, Suite 300
                                                Bloomington, MN 55425
                                                (763) 229-7538

## VERIFICATION

Thomas S. Swager, the debtor named in the motion, declare under penalty of perjury that the foregoing is true and correct according to the best of my knowledge, information and belief.

Dated: August 1, 2016                      *s/ Thomas S. Swager*
                                                Thomas S. Swager

## VERIFICATION

Nancy K. Swager, the debtor named in the motion, declare under penalty of perjury that the foregoing is true and correct according to the best of my knowledge, information and belief.

Dated: August 1, 2016                      *s/ Nancy K. Swager*
                                                Nancy K. Swager

**United States Bankruptcy Court**
**District of Minnesota, St. Paul Division**

**IN RE:**                                                                                      Case No. **16-31678**
**Swager, Thomas S. & Swager, Nancy K.**                                                  Chapter **13**
Debtor(s)

## PRE-CONFIRMATION CHAPTER 13 PLAN
Dated: **July 26, 2016** .

**1. DEBTOR'S PAYMENTS TO TRUSTEE** –
a. As of the date of this plan, the debtor has paid the trustee $ **0.00** .
b. After the date of this plan, the debtor will pay the trustee $ **varies**[1] per **month** for **60** months, beginning within 30 days after the relief for a total of $ **112,539.00**. The minimum plan length is **[ ]** 36 or **[X]** 60 months from the date of the initial plan payment unless all allowed claims are paid in a shorter time.
c. The debtor will also pay the trustee: **n/a**
d. The debtor will pay the trustee a total of $ **112,539.00** [line 1(a) + line 1(b) + line 1(c)].
[1] **2 payments of $1,809.00 followed by 49 payments of $1,812.00 followed by 9 payments of $2,237.00**

**2. PAYMENTS BY TRUSTEE** – The trustee will pay from available funds only creditors for which proofs of claim have been filed. The trustee may collect a fee of up to 10% of plan payments, or $ **11,253.90** , [line 1(d) x .10].

**3. ADEQUATE PROTECTION PAYMENTS [§ 1326(a)(1)(C)]** – **None**

**4. EXECUTORY CONTRACTS AND UNEXPIRED LEASES [§ 365]** – The debtor assumes the following executory contracts or unexpired leases. Cure provisions, if any, are set forth in ¶ 7.

*Creditor*                                  *Description of Property*
**Chrysler Capital**                        **Installment account opened 5/1/2014 Credit Limit: $15,948.00,**

**5. CLAIMS NOT IN DEFAULT** – Payments on the following claims are current and the debtor will pay the payments that come due after the date the petition was filed directly to the creditors. The creditors will retain liens, if any.

*Creditor*                                  *Description of Claim*
**Bk of America - 1st mortgage**            **18634 Euclid Path, Farmington, MN 55024-8646**
**Wfds/wds**                                **2014 Ford Explorer**

**6. HOME MORTGAGES IN DEFAULT [§ 1322(b)(5) and § 1322(e)]** – The trustee will cure defaults on the following claims secured only by a security interest in real property that is the debtor's principal residence. The debtor will pay the payments that come due after the date the petition was filed directly to the creditors. The creditors will retain liens. *All following entries are estimates*. The trustee will pay the actual amounts of default.

| Creditor | Amount of Default | Monthly Payment | Beginning in Month # | Number of Payments | TOTAL PAYMENTS |
|---|---|---|---|---|---|
| **Bk of America - 2nd mortgage** | 2,720.13 | 906.71 | 4 | 3 | 2,720.13 |
| TOTAL | | | | | 2,720.13 |

**7. CLAIMS IN DEFAULT [§ 1322 (b)(3) and (5) and § 1322(e)]** – **None**

**8. OTHER SECURED CLAIMS; SECURED CLAIM AMOUNT IN PLAN CONTROLS [§ 1325(a)(5)]** – **None**

**9. PRIORITY CLAIMS** – The trustee will pay in full all claims entitled to priority under § 507, including the following. *The amounts listed are estimates*. The trustee will pay the amounts actually allowed.

| Creditor | Estimate Claim | Monthly Payment | Beginning in Month # | Number of Payments | TOTAL PAYMENTS |
|---|---|---|---|---|---|
| **Atlas Law Firm** | 3,500.00 | 1,166.67 | 1 | 3 | 3,500.00 |
| **Internal Revenue Service** | 1,397.79 | 698.90 | 3 | 2 | 1,397.79 |
| **MN Department Of Revenue** | 1,123.19 | 561.60 | 3 | 2 | 1,123.19 |
| **Domestic Support** | 0.00 | 0.00 | NA | 0 | 0.00 |
| TOTAL | | | | | 6,020.98 |

**10. SEPARATE CLASSES OF UNSECURED CREDITORS** – **None**

**11. TIMELY FILED UNSECURED CREDITORS** – The trustee will pay holders of nonpriority unsecured claims for which proofs of claim were timely filed the balance of all payments received by the trustee and not paid under ¶ 2, 3, 6, 7, 8, 9 and 10 their pro rata share of approximately $ **92,543.99** [line 1(d) minus lines 2, 6(d), 7(d), 8(d), 9(f), and 10(c)].
a. The debtor estimates that the total unsecured claims held by creditors listed in ¶ 8 are $ **0.00**.
b. The debtor estimates that the debtor's total unsecured claims (excluding those in ¶ 8 and ¶ 10) are $ **92,531.39**.
c. Total estimated unsecured claims are $ **92,531.39** [line 11(a) + line 11(b)].

**12. TARDILY-FILED UNSECURED CREDITORS** – All money paid by the debtor to the trustee under ¶ 1, but not distributed by the trustee under ¶ 2, 3, 6, 7, 8, 9, 10, or 11 will be paid to holders of nonpriority unsecured claims for which proofs of claim were tardily filed.

**13. OTHER PROVISIONS** – The trustee may distribute additional sums not expressly provided for herein at the trustee's discretion.

Debtor(s) will make payments to the Trustee in an amount sufficient to pay all timely filed claims in full.

**14. SUMMARY OF PAYMENTS** –

| | |
|---|---:|
| Trustee's Fee [Line2) | $ 11,253.90 |
| Home Mortgage Defaults [Line 6(d)] | $ 2,720.13 |
| Claims in Default [Line 8(d)] | $ 0.00 |
| Other Secured Claims [Line 8(d)] | $ 0.00 |
| Priority Claims [Line 9(f)] | $ 6,020.98 |
| Separate Classes [Line 10(c)] | $ 0.00 |
| Unsecured Creditors [Line 11] | $ 92,543.99 |
| TOTAL [must equal Line 1(d)] | $ 112,539.00 |

**Michael Sheridan 0388936
Atlas Law Firm
7900 International Dr Ste 300
Bloomington, MN  55425-2562**

Signed: /s/ Thomas S. Swager
                                    DEBTOR
Signed: /s/ Nancy K. Swager
                                    DEBTOR (if joint case)

REVISED 12/15

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re: Thomas S. Swager and
Nancy K. Swager

Debtor(s).

Case No. 16-31678

## SIGNATURE DECLARATION

☐ PETITION, SCHEDULES & STATEMENTS
☐ CHAPTER 13 PLAN
☐ VOLUNTARY CONVERSION, SCHEDULES & STATEMENTS
☐ AMENDMENT TO PETITION, SCHEDULES & STATEMENTS
☑ MODIFIED CHAPTER 13 PLAN
☐ OTHER: PLEASE DESCRIBE: _____

I [We], the undersigned debtor(s) or authorized representative of the debtor, make the following declarations under penalty of perjury:

1. The information I have given my attorney for the electronically filed petition, statements, schedules, amendments, and/or chapter 13 plan, as indicated above, is true and correct;

2. The Social Security Number or Tax Identification Number I have given to my attorney for entry into the court's Case Management/Electronic Case Filing (CM/ECF) system as a part of the electronic commencement of the above-referenced case is true and correct;

3. **[individual debtors only]** If no Social Security Number was provided as described in paragraph 2 above, it is because I do not have a Social Security Number;

4. I consent to my attorney electronically filing with the United States Bankruptcy Court my petition, statements and schedules, amendments, and/or chapter 13 plan, as indicated above, together with a scanned image of this Signature Declaration;

5. My electronic signature contained on the documents filed with the Bankruptcy Court has the same effect as if it were my original signature on those documents; and

6. **[corporate and partnership debtors only]** I have been authorized to file this petition on behalf of the debtor.

Date: 7/21/16

x _/s/ Thomas S. Swager_
Signature of Debtor 1 or Authorized Representative

Thomas S. Swager
Printed name of Debtor 1 or Authorized Representative

x _/s/ Nancy Swager_
Signature of Debtor 2

Nancy K. Swager
Printed Name of Debtor 2

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

---

In re

BKY 16-31678-WJF

Thomas S. Swager, and
Nancy K. Swager

Chapter 13

Debtors.

---

**UNSWORN CERTIFICATE OF SERVICE**

I, Michael J. Sheridan, declare under penalty of perjury that on August 1, 2016, I mailed copies of the Modified Chapter 13 Plan and signed verification by electronic mail to all filing users in this case, and upon each of the entities named below by mailing to each of them copies thereof by enclosing the same in an envelope with first class mail postage prepaid and depositing same in the Post Office Box at Plymouth, Minnesota, addressed to each of them as follows:

| | |
|---|---|
| AES/ SUNTRUST<br>303 PEACHTREE ST NE<br>ATLANTA, GA  30308-3201 | SYNCB/ABT ELECTRONICS<br>C/O<br>PO BOX 965036<br>ORLANDO, FL  32896-5036 |
| AES/SUNTRUST BANK<br>303 PEACHTREE ST NE<br>ATLANTA, GA  30308-3201 | SYNCB/HOM<br>950 FORRER BLVD<br>KETTERING, OH  45420-1469 |
| AMEX<br>PO BOX 297871<br>FORT LAUDERDALE, FL  33329-7871 | SYNCB/JCP<br>PO BOX 965007<br>ORLANDO, FL  32896-5007 |
| BBY/CBNA<br>50 NW POINT BLVD<br>ELK GROVE VILLAGE, IL  60007-1032 | SYNCB/LOWES<br>PO BOX 965005<br>ORLANDO, FL  32896-5005 |
| BK OF AMER<br>4909 SAVARESE CIR<br>TAMPA, FL  33634-2413 | SYNCB/OLD NAVY<br>PO BOX 965005<br>ORLANDO, FL  32896-5005 |
| CAPITAL ONE BANK USA N<br>15000 CAPITAL ONE DR<br>RICHMOND, VA  23238-1119 | SYNCB/TOYSRUSDC<br>PO BOX 965005<br>ORLANDO, FL  32896-5005 |
| CCS/FIRST NATIONAL BAN<br>500 E 60TH ST N<br>SIOUX FALLS, SD  57104-0478 | SYNCB/WALMART DC<br>PO BOX 965024<br>ORLANDO, FL  32896-5024 |
| CHASE CARD<br>201 N WALNUT ST # DE1-1027<br>WILMINGTON, DE  19801-2920 | THD/CBNA<br>PO BOX 6497 |

| | |
|---|---|
| CHRYSLER CAPITAL<br>PO BOX 961275<br>FORT WORTH, TX  76161-0275 | SIOUX FALLS, SD  57117-6497<br><br>UNITED CONSUMER FINL S<br>865 BASSETT RD |
| CITI<br>PO BOX 6241<br>SIOUX FALLS, SD  57117-6241 | WESTLAKE, OH  44145-1142<br><br>WELLS FARGO<br>PO BOX 14517 |
| CREDIT ONE BANK NA<br>PO BOX 98875<br>LAS VEGAS, NV  89193-8875 | DES MOINES, IA  50306-3517<br><br>WELLS FARGO BANK NV NA<br>PO BOX 94435 |
| DISCOVER FIN SVCS LLC<br>PO BOX 15316<br>WILMINGTON, DE  19850-5316 | ALBUQUERQUE, NM  87199-4435<br><br>WFDS/WDS<br>PO BOX 1697 |
| EXXMBLCITI<br>PO BOX 6497<br>SIOUX FALLS, SD  57117-6497 | WINTERVILLE, NC  28590-1697<br><br>KWIK TRIP<br>1626 OAK ST |
| FNB OMAHA<br>PO BOX 3412<br>OMAHA, NE  68103-0412 | LA CROSSE, WI  54603-2308<br><br>MN DEPARTMENT OF REVENUE<br>MAIL STATION 7703 |
| INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA, PA  19101-7346 | ST. PAUL, MN  55146 |

Executed on: August 1, 2016

Signed: */s/ Michael J. Sheridan*
ATLAS LAW FIRM, LLC
Michael J. Sheridan (#0388986)
7900 International Dr., Ste 300
Bloomington, MN 55425